OPINION — AG — ** TEACHERS' RETIREMENT — PRIVATE SCHOOL TEACHER ** QUESTION: IS A TEACHER EMPLOYED AND PAID BY THE 'JANE BROOKS SCHOOL', WHICH IS PRIVATE SCHOOL NOT SUPPORTED IN WHOLE OR PART BY PUBLIC FUNDS, ELIGIBLE FOR MEMBERSHIP IN THE TEACHERS RETIREMENT SYSTEM FOR OKLAHOMA ? — NEGATIVE (PUBLIC FUNDS, STATE SUPPORTED SCHOOLS, EMPLOYED) CITE: OPINION NO. NOVEMBER 4, 1950, 70 O.S. 17-1 [70-17-1], ARTICLE V, SECTION 62 (RICHARD M. HUFF)